**Sunita N. Sood, Esq. - State Bar #152066**
**LAW OFFICES OF SUNITA N. SOOD, APC**
2107 North Broadway, Suite #306
Santa Ana, California 92706-2634
Tel:   714-480-1600
Fax:   714-480-1610
Email: sunitansood@hotmail.com

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MICHAEL EUGENE PETTEY,<br>PATRICIA NMN PETTEY,<br><br>Debtor(s).<br><br>MICHAEL EUGENE PETTEY,<br>PATRICIA NMN PETTEY,<br><br>Movant(s),<br><br>vs.<br><br>WELLS FARGO FINANCIAL, et al.,<br><br>Respondent(s). | Case No.: 6:09-bk-26050-TD<br>Chapter 13<br><br>MOTION FOR ORDER TO VALUE THE CLAIM OF SECOND TRUST DEED HOLDER WELLS FARGO FINANCIAL et al.;<br>DECLARATION(S) IN SUPPORT THEREOF<br><br><br><br>DATE:    September 17, 2009<br>TIME:    1:30 pm<br>ROOM:    #303, 3rd Floor<br>             3420 Twelfth Street<br>             Riverside, CA |

**TO THE HONORABLE THOMAS B. DONOVAN, U.S. BANKRUPTCY JUDGE; ROD DANIELSON, CHAPTER 13 TRUSTEE; WELLS FARGO FINANCIAL, et al., and all other interested parties:**

The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §157 and §1334. Michael Eugene Pettey and Patricia Nmn Pettey, the debtors in this Chapter 13 case, are the interested party and have standing to bring this Motion.

### FACTS

This case was commenced by the filing of a voluntary petition under Chapter 13 of Title

11 U.S.C. (Bankruptcy Code) on July 16, 2009. At that time, debtors owned and resided in the real property located at 6807 Cartilla Avenue, Alta Loma, CA 91701[1] ("property") (See Schedule A, attached hereto as Exhibit 1 and incorporated herein by this reference.) The fair market value of the property of the time the petition was filed was $275,000.00 (See Zillow.com printout and Residential Appraisal Report dated July 10, 2009, attached hereto as Exhibit 2 and incorporated herein by reference.)

The property secures two loans. The first loan is secured by a trust deed held by Aurora Loan Services ("Aurora") (See Deed of Trust, attached hereto as Exhibit 3 and incorporated herein by this reference.) At the time of filing there was an approximate balance to Aurora in the amount of $378,693.92 (See mortgage statement dated 6/17/09, attached hereto as Exhibit 4 and incorporated herein by this reference.)

The second loan is secured by a trust deed held by Wells Fargo Financial ("Wells Fargo") (See Deed of Trust, attached hereto as Exhibit 5 and incorporated herein by this reference.) At the time of filing there was an approximate balance to Wells Fargo in the amount of $31,334.59 (See mortgage statement dated 7/9/09, attached hereto as Exhibit 6 and incorporated herein by this reference.)

## ARGUMENT

Section 506(a) of the U.S. Bankruptcy Code provides that a secured claim is secured only to the extent of the value of the collateral, and unallowed secured claims are void. This section has generated much controversy in Chapter 13 cases because of 11 U.S.C. §1322(b)(2), which prohibits the modification of the rights of holders of claims secured only by the debtor's principal residence. However, the Ninth Circuit Bankruptcy Appellate Panel held in *Lam v. Investors Thrift (In re Lam)*, 211 B.R. 36 (9th Cir. B.A.P. 1997), that the protection of section

---

[1] The legal description of the real property is "Lot 7 of Tract 9345, in the City of Rancho Cucamonga, County of San Bernardino, California, as per map recorded in Book 132, Page(s) 27 and 28, of Miscellaneous Maps in the Office of the County Recorder of said County"; Assessor's Parcel #1076-161-49

1322(b)(2) does not apply to holders of totally unsecured claims. This was upheld <u>Zimmer v. PSB Lending Corp (In re Zimmer)</u>, 313 F.3d 1220 (9th Cir. 2002). Thus if a debtor can demonstrate that the value of his principal residence is less than senior liens, a junior lien will be determined to be wholly unsecured and thus subject to be avoided.

In this case, the value of the debtors' residence is $275,000.00 (See Exhibit 2). The first lien against the property is $378,693.92, an amount that is more than the value of the property. The second lien of Wells Fargo is thus wholly unsecured and can be avoided or "stripped".

Based on the foregoing, debtors Michael Eugene Pettey and Patricia Nmn Pettey request an order of this Court as follows:

1. That the lien of Wells Fargo Financial, et al. secured by debtors' real property located at 6807 Cartilla Avenue, Alta Loma, California 91701, be determined to be completely unsecured for the life of the Chapter 13 Plan. Upon conversion or dismissal the lien shall remain valid.

2. That upon completion of the Chapter 13 Plan, debtors having made all payments (or having met the base plan), and a discharge having been entered, the lien of Wells Fargo Financial, et al. shall be deemed void and shall not constitute an encumbrance. Wells Fargo Financial, or any subsidiary(ies), shall be ordered to reconvey the deed of trust.

3. That any corresponding proof of claim filed by Wells Fargo Financial, et al. be deemed a general unsecured claim within debtors' Chapter 13 Plan.

4. For other relief as the Court deems proper.

Dated: <u>August 18, 2009</u>                     **LAW OFFICES OF SUNITA N. SOOD**

/s/ Sunita N. Sood
**SUNITA N. SOOD, Attorney for Debtor**

## DECLARATION OF MICHEL EUGENE PETTEY AND PATRICIA NMN PETTEY

We, Michael Eugene Pettey and Patricia Nmn Pettey, hereby declare as follows:

1. We are over the age of 18, have personal knowledge of the facts set forth and if called upon to testify in this action we could and would so testify competently thereto.

2. We are the debtors in the instant Chapter 13 proceeding filed on July 16, 20096.

3. We own and reside in the real property located at 6807 Cartilla Avenue, Alta Loma, California 91701[2] ("property") (See Schedule A, attached hereto as Exhibit 1 and incorporated herein by this reference.)

4. It is our opinion, that the fair market value of the property of the time our Chapter 13 case was filed was $275,000.00 (See Zillow.com printout and Residential Appraisal Report dated July 10, 2009, attached hereto as Exhibit 2 and incorporated herein by reference.)

5. There are two loans securing our property. The first loan is secured by a trust deed held by Aurora Loan Services ("Aurora") (See Deed of Trust, attached hereto as Exhibit 3 and incorporated herein by this reference.) At the time of filing there was an approximate balance to Aurora in the amount of $378,693.92 (See mortgage statement, attached hereto as Exhibit 4 and incorporated herein by this reference.)

6. The second loan is secured by a trust deed held by Wells Fargo Financial ("Wells Fargo") (See Deed of Trust, attached hereto as Exhibit 5 and incorporated herein by this reference.) At the time of filing there was an approximate balance to Wells Fargo in the amount of $31,334.59 (See mortgage statement, attached hereto as Exhibit 6 and incorporated herein by this reference.)

7. Based upon this Motion, the Declarations and the Exhibits attached hereto, we believe that the second lien against our property held by Wells Fargo Financial, et al. is wholly unsecured.

---

[2]The legal description of the real property is "Lot 7 of Tract 9345, in the City of Rancho Cucamonga, County of San Bernardino, California, as per map recorded in Book 132, Page(s) 27 and 28, of Miscellaneous Maps in the Office of the County Recorder of said County"; Assessor's Parcel # 1076-161-49

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of our knowledge. Executed this 18th day of August, 2009 at <u>Santa Ana</u>, California.

/s/ Michael Eugene Pettey
MICHAEL EUGENE PETTEY
Debtor / Declarant


/s/ Patricia NMN Pettey
PATRICIA NMN PETTEY
Joint Debtor / Declarant

## DECLARATION RE: PROOF OF SERVICE

I, **Maria Toscano,** do hereby declare and swear as follows:

1. I am over the age of 18, have personal knowledge of the facts set forth and if called upon to testify, I could and would do so competently.

2. I am employed as a paralegal by the Law Offices of Sunita N. Sood, attorney for debtor(s) herein.

3. I checked Pacer and as today's date (August 18, 2009) there are no Proofs of Claim docketed for either Aurora Loan Services, et al. or Wells Fargo Financial, Inc., et al., ("Aurora" and "Wells Fargo") the 1st and 2nd deed trust holder on debtors residence.

4. I searched the California Secretary of State's website for corporate and agent for service of process on Aurora Loan Services. Aurora Loan Services is registered in the state of Delaware. A true and correct copy of the business filings printout, as well as the agent contact information is attached hereto and marked Exhibit 7.

5. I searched the Iowa Secretary of State's website for corporate and agent for service of process on Wells Fargo Financial. Wells Fargo Financial is registered in the state of Iowa. A true and correct copy of the business filings printout, as well as the agent contact information is attached hereto and marked Exhibit 8.

I declare under penalty of perjury that the foregoing is true & correct under the laws of the State of California.

Executed at <u>Santa Ana</u>, California.

Dated: <u>8/18/09</u>                   /s/ Maria Toscano
                                        **MARIA TOSCANO - Declarant**

| In re:<br>**Michael Eugene Pettey**<br>**Patricia Nmn Pettey**<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **6:09-bk-26050-TD** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2107 North Broadway Suite 306 Santa Ana CA 92706

The foregoing document described **MOTION FOR ORDER TO VALUE THE CLAIM OF SECOND TRUST DEED HOLDER WELLS FARGO FINANCIAL, et al.; DECLARATION IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __8/18/09__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Michael & Patricia Pettey**
6807 Cartilla Ave
Alta Loma CA 91701

**Rod Danielson**
Chapter 13 Trustee
4361 Latham St Ste 270
Riverside CA 92501

**Hon Thomas Donovan**
U S Bankruptcy Court
Los Angeles Division
255 E Temple St Ste 1352
Los Angeles CA 90012

**Wells Fargo Financial**
7890 Haven Ave Ste 13B
Rancho Cucamonga CA 91730

**Aurora Home Loans**
10350 Park Meadows Dr
Littleton CO 80124

**Wells Fargo Financial Inc**
Attn: Corporate Officer / General Manager
729 Ins Exchg Bldg
Des Moines IA 50309

**Wells Fargo**
800 Walnut St
Des Moines IA 50309

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-3.1
Best Case Bankruptcy

| In re: <br> **Michael Eugene Pettey** <br> **Patricia Nmn Pettey** <br> Debtor(s). | CHAPTER **13** <br> CASE NUMBER **6:09-bk-26050-TD** |
|---|---|

**Aurora Loan Services Inc**
Attn: Corporate Officer / General Manager
10350 Park Meadows Park
Littleton CO 80124

**Aurora Loan Services Inc**
CSC - Lawyers Incorporating Service
2730 Gateway Oaks Dr Ste 100
Sacramento CA 95833

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 18, 2009** | **Maria Toscano** | /s/ Maria Toscano |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1